# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 1/11/2024 | Case Number: | 2:23-cr-00025 |
| Case Style: | USA vs. Benjamin Cisco | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2516-Berger | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Kierstin Tudor |

Attorney(s) for the Plaintiff or Government:

Holly Wilson & Erik Goes

Attorney(s) for the Defendant(s):

Wesley Page

| | |
|---|---|
| Law Clerk: | Cynthia Wildfire |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 11:10 AM | 12:43 PM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 33 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 11:00 a.m.
Actual Start 11:10 a.m.

Defendant present in person and by counsel for sentencing as to Counts 1 & 2.
Counsel note appearances on the record.
Defendant placed under oath.
Court addresses plea hearing previously held before Chief Judge Johnston.
Court addresses elements of the offense.
Defendant gives his account of the offense.
Government gives proffer of evidence.
Pursuant to Defendant's plea of guilty on May 23, 2023, the Court ADJUDGES Defendant guilty of Counts 1 & 2.
Court addresses PSR and remaining objections.
Court ADOPTS findings in PSR except as noted.
Probation to file PSR in court file under seal.
Court ACCEPTS plea agreement.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on his own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
Custody: 41 months
Supervised Release: 3 years
Fine: none imposed
Restitution: $871,288.34
Assessment: $200
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Counts 3, 4, 5, 6 & 7 are DISMISSED upon motion of Government.
Defendant RELEASED on prior bond to self-report.
Court recessed at 12:43 p.m.